**JUDGE BUCHWALD**    **08 CV 03376**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>LIME BLUE, LLC,<br><br>*Defendant*. | Civ. No.<br><br>RULE 7.1 STATEMENT<br><br>RECEIVED<br>APR 04 2008<br>U.S.D.C. S.D. N.Y.<br>CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Juicy Couture, Inc. (a private non-governmental party) certifies that Liz Claiborne, Inc., is its corporate, publicly held parent holding 10% or more of its stock.

Date:   April 4, 2008

Respectfully submitted,

JENNER & BLOCK LLP

By: _____
Susan J. Kohlmann (SK1855)
Elizabeth Valentina (EV4345)
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699

*Counsel for Juicy Couture, Inc.*