AO 440 (Rev. 8/01) Summons in a Civil Action

**JUDGE BUCHWALD**

## UNITED STATES DISTRICT COURT

Southern                    District of                    New York

JUICY COUTURE, INC.

V.

LIME BLUE, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03376**

TO: (Name and address of Defendant)

LIME BLUE, LLC
c/o Nevada Corporate Residency, Inc.
955 S. Virginia St.
Reno, NV 89502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan J. Kohlmann
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel.: 212-891-1600
Fax: 212-891-1699

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          4/4/2008
CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date                  *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/ SOUTHERN DISTRICT OF NEW YORK

**JUICY COUTURE, INC.**

                Plaintiff,                          Case No.: **08CV03376**

v.

**LIME BLUE, LLC**                                          **AFFIDAVIT OF SERVICE**

                Defendant.

_____/

STATE OF NEVADA
COUNTY OF WAHOE     ss.

**PHILLIP HOLTON, being first duly sworn deposes and says:**

That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action.

I received: **SUMMONS IN A CIVIL ACTION; COMPLAINT; ; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; GUIDELINES FOR ELECTRONIC CASE FILING; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** on **04/07/2008** at **9:21 AM.**

On **04/04/2008** at **4:15 PM** I served

**LIME BLUE, LLC**

By personally delivering a copy of the above documents to **BRANDY WOOD, OF THE OFFICE OF NEVADA CORPORATE RESIDENCY, RESIDENT AGENT FOR LIME BLUE, LLC** at **955 S. VIRGINIA ST, Reno, NV 89502**.

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

Signed and sworn to before me on **04/10/2008** by **PHILLIP HOLTON**

_____
Notary Public

X_____
**PHILLIP HOLTON**
Reno/Carson Messenger Service, Inc.
185 Martin St.
Reno, NV 89509
775.322.2424

541

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2012