Buchwald, J

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LIME BLUE, LLC,<br><br>*Defendant.* | 08-CV-3376 (NRB)<br><br>STIPULATION AND ORDER |



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

### STIPULATION AND ORDER

Plaintiff Juicy Couture, Inc. and Defendant Lime Blue, LLC hereby file this Stipulation extending Defendant's time to respond to Plaintiff's complaint.

WHEREAS, Defendant's answer to the complaint is currently due on April 24, 2008;

WHEREAS, this is Defendant's first request for an extension of time;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Defendant will have to and including May 27, 2008 to respond to Plaintiff's complaint.

Dated: April 21, 2008

Respectfully submitted,

JENNER & BLOCK LLP

By: _____
Susan J. Kohlmann (SK1855)
919 Third Avenue
37th Floor
New York, NY 10022
212 891-1600
*Attorneys for Plaintiff Juicy Couture, Inc.*

MICROFILMED
APR 30 2008 -12 0 PM

1697.1

1

Dated: April 21, 2008

Respectfully submitted,

DYKEMA GOSSETT LLP

By: _____
John Viola (JV 9054)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-457-1736
*Attorneys for Defendant Lime Blue LLC*

SO ORDERED this 28 day of April 2008

_____
The Honorable Naomi R. Buchwald
Judge of the United States District Court for
the Southern District of New York

16576.1

2