DYKEMA GOSSETT LLP
John L. Viola (JV 9054)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel. 213.457.1800
Fax 213.457.1850

Attorneys for Defendant Lime Blue, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LIME BLUE, LLC and LIME BLUE, INC.,<br><br>*Defendant.* | Civ No. 08 CV 03376 (NRB)<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

Defendant Lime Blue, Inc. has no parent corporation, and to its knowledge, no publicly held corporation owns 10% or more of its stock.

Dated: June 11, 2008

Respectfully submitted,

DYKEMA GOSSETT LLP

By: _____
John L. Viola  (JV 9054)
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone 213-457-1736

Attorneys for Defendant Lime Blue, Inc.

PAS01\74389.1
ID\SCW

*Juicy Couture, Inc. vs. Lime Blue, LLC and Lime Blue, Inc.*

**CERTIFICATE OF SERVICE BY MAIL**

CIV NO. 08 CV 03376 (NRB)

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On **June 11, 2008**, I served the following entitled document:

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

Susan J. Kohlmann
Elizabeth Valentina
JENNER & BLOCK LLP
919 Third Avenue
New York, New York  10022
(212) 891-1600
(212) 891-1699
**Counsel for Plaintiff, Liz Claiborne, Inc.**

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 11, 2008**, at Los Angeles, California.

_____
Martha Martinez Earp

PAS01\77481.1
ID\MME1