DYKEMA GOSSETT LLP
John L. Viola (JV 9054)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel. 213.457.1800
Fax 213.457.1850

Attorneys for Defendant Lime Blue, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LIME BLUE, LLC and LIME BLUE, INC.<br><br>*Defendants.* | Civ No. 08 CV 03376 (NRB)<br><br>**MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John L. Viola, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Sidney Christopher Winter |
| Firm Name: | Dykema Gossett, LLP |
| Address: | 333 South Grand Avenue<br>Suite 2100 |
| City/State/Zip: | Los Angeles, CA 90071 |
| Phone Number: | 213-457-1800 |
| Fax Number: | 213-457-1850 |

/ / /


/ / /


/ / /

- 2 -

    Sidney Christopher Winter is a member in good standing of the Bar of the State of California as attested to by Kath Lambert, Custodian of Membership Records, pursuant to the Certificate of Good Standing, which is attached hereto as Exhibit 1. There are no disciplinary proceedings against Sidney Christopher Winter in any State or Federal court.

Dated:       June 11, 2008

City, State:   Los Angeles, California

                                        Respectfully submitted,

                                        _/s/ John L. Viola_

                                        John L. Viola   (JV 9054)
                                        333 S. Grand Ave., Suite 2100
                                        Los Angeles, CA 90071
                                        Telephone 213-457-1736

                                        Attorneys for Defendant
                                        LIME BLUE, INC.

PAS01\74391.2
ID\SCW

DYKEMA GOSSETT LLP
John L. Viola (JV 9054)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel. 213.457.1800
Fax 213.457.1850

Attorneys for Defendant Lime Blue, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LIME BLUE, LLC and LIME BLUE, INC.<br><br>*Defendants.* | Civ No. 08 CV 03376 (NRB)<br><br>**DECLARATION OF JOHN L. VIOLA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

JOHN L. VIOLA , declares:

1.  I am a member of Dykema Gossett, LLP, counsel for Defendant Lime Blue, Inc. in the above captioned action. As such, I have personal knowledge of the facts set forth in this Declaration and , if called as a witness, I could and would testify competently to such facts.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on February 4, 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Sidney Christopher Winter since September, 2007.

4.  Mr. Winter is a senior associate with Dykema Gossett, LLP in Los Angeles, California. He is a member in good standing of the State Bar of California and of the bars of the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California.

-2-

5.   I have found Mr. Winter to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.   Accordingly, I am pleased to move the admission of Sidney Christopher Winter, pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Sidney Christopher Winter, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sidney Christopher Winter, pro hac vice, to represent Defendant in the above captioned matter, be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of June, 2008, at Los Angeles, California.

By: _____
John L. Viola  (JV 9054)
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone 213-457-1736

Attorneys for Defendant Lime Blue, Inc.

PAS01\74398.2
ID\SCW

*Juicy Couture, Inc. vs. Lime Blue, LLC and Lime Blue, Inc.*

## CERTIFICATE OF SERVICE BY MAIL

CIV NO. 08 CV 03376 (NRB)

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On **June 11, 2008**, I served the following entitled document:

**DECLARATION OF JOHN L. VIOLA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

Susan J. Kohlmann
Elizabeth Valentina
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699
**Counsel for Plaintiff, Liz Claiborne, Inc.**

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 11, 2008**, at Los Angeles, California.

_____
Martha Martinez Earp

PAS01\77481.1
ID\MME1

1 | *Juicy Couture, Inc. vs. Lime Blue, LLC and Lime Blue, Inc.*

## CERTIFICATE OF SERVICE BY MAIL

CIV NO. 08 CV 03376 (NRB)

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On **June 11, 2008**, I served the following entitled document:

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

Susan J. Kohlmann
Elizabeth Valentina
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699
**Counsel for Plaintiff, Liz Claiborne, Inc.**

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 11, 2008**, at Los Angeles, California.

Martha Martinez Earp

PAS01\77481.1
ID\MME1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SIDNEY CHRISTOPHER WINTER, #190474 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

DYKEMA GOSSETT LLP
John L. Viola (JV 9054)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel. 213.457.1800
Fax 213.457.1850

Attorneys for Defendant Lime Blue, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LIME BLUE, LLC and LIME BLUE, INC.<br><br>*Defendants.* | Civ No. 08 CV 03376 (NRB)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of John L. Viola, attorney for Defendant Lime Blue, LLC and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Sidney Christopher Winter |
| Firm Name: | Dykema Gossett, LLP |
| Address: | 333 South Grand Avenue<br>Suite 2100 |
| City/State/Zip: | Los Angeles, CA 90071 |
| Phone Number: | 213-457-1800 |
| Fax Number: | 213-457-1850 |
| Email: | kwinter@dykema.com |

be and hereby is admitted to practice pro hac vice as counsel for Defendant Lime Blue, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#

- 2 -

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____. 2008    _____
                                                                         United States District Judge

PAS01\74401.1
ID\SCW

*Juicy Couture, Inc. vs. Lime Blue, LLC and Lime Blue, Inc.*

## CERTIFICATE OF SERVICE BY MAIL

CIV NO. 08 CV 03376 (NRB)

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On **June 11, 2008**, I served the following entitled document:

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

Susan J. Kohlmann
Elizabeth Valentina
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699
**Counsel for Plaintiff, Liz Claiborne, Inc.**

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 11, 2008**, at Los Angeles, California.

Martha Martinez-Earp

PAS01\77481.1
ID\MME1