USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08

DYKEMA GOSSETT LLP
John L. Viola (JV 9054)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel. 213.457.1800
Fax 213.457.1850

Attorneys for Defendant Lime Blue, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUICY COUTURE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>LIME BLUE, LLC and LIME BLUE, INC.<br><br>*Defendants.* | Civ No. 08 CV 03376 (NRB)<br><br>~~[PROPOSED]~~ **ORDER FOR**<br>**ADMISSION PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of John L. Viola, attorney for Defendant Lime Blue, LLC and said

sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Sidney Christopher Winter |
| Firm Name: | Dykema Gossett, LLP |
| Address: | 333 South Grand Avenue |
| | Suite 2100 |
| City/State/Zip: | Los Angeles, CA 90071 |
| Phone Number: | 213-457-1800 |
| Fax Number: | 213-457-1850 |
| Email: | kwinter@dykema.com |

be and hereby is admitted to practice pro hac vice as counsel for Defendant Lime Blue, Inc. in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

FOR OFFICE USE ONLY  FEE PAID $    SDNY RECEIPT#

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _June 17_ , 2008

United States District Judge

PAS01\74401.1
ID\SCW

- 2 -