

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUICY COUTURE, INC., | Civ No. 08 CV 03376 (NRB) |
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY** |
| LIME BLUE, LLC and LIME BLUE, INC., | **DISMISSAL** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is dismissed without prejudice and without costs and that the parties will file substantially identical pleadings in the Central District of California, Western Division, within thirty (30) days of this Stipulation.

Dated: July 8, 2008

DYKEMA GOSSETT LLP

By: _____
S. Christopher Winter
333 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone 213-457-1736
*Attorneys for Defendant Lime Blue, Inc.*

Dated: July 8, 2008

JENNER & BLOCK LLP

By: _____
Susan J. Kohlmann (SK1855)
919 Third Avenue
37th Floor
New York, NY 10022
212-891-1600
*Attorneys for Plaintiff Juicy Couture, Inc.*

18678.2

SO ORDERED.

_____
U.S.D.J.

7/14/08